13 A.3d 463

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Joseph A. ELLIOTT, Petitioner.**

**No. 153 EM 2010.**

Supreme Court of Pennsylvania.

Feb. 11, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of February, 2011, the "Motion for Reinstatement of PCRA Appeal Rights *Nunc Pro Tunc* and an Order Allowing Notice of Cross–Appeal to be Filed *Nunc Pro Tunc,* or for a Remand for Those Purposes," is **GRANTED.** Petitioner shall file a notice of cross-appeal within 14 days of our order.